UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
1:18-cv-0001-TDS-LPA

| | |
|---|---|
| CATHERINE F. SOSTRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JUST LET ME DO IT! COMMERCIAL SERVICES LLC, CURTIS PYLE, and COLLEEN PYLE, | ) ) ) |
| | ) |
| Defendants. | ) |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND ENTRY OF A CONSENT ORDER DISMISSING ACTION WITH PREJUDICE

Plaintiff Catherine Sostre and Defendants Just Let Me Do It! Commercial Services LLC, Curtis Pyle, and Colleen Pyle, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby move the Court for entry of the attached Consent Order Approving Settlement and Release and Dismissing Action. In further support of this Motion, the parties show the Court the following:

1. To fully and completely resolve this dispute without the need for further judicial resources, the parties have jointly entered into a Waiver, Release and Settlement Agreement and have agreed upon the language of a Consent Order dismissing this action. A copy of the Settlement Agreement and Release is attached hereto at Exhibit A and the agreed upon Consent Order is attached hereto as Exhibit B.

2. Good cause exists for the entry of the proposed Consent Order and its entry would be just and equitable.

WHEREFORE, the parties respectfully request that the Court enter the proposed Consent Order Approving Settlement and Dismissing Action attached hereto as Exhibit B.

7

This 6th day of August, 2018.

/s/Christopher R. Strianese
Christopher R. Strianese, Esq.
N.C. State Bar No.46918
**Strianese Huckert LLP**
3501 Monroe Road
Charlotte, North Carolina 28205
Telephone:   (704) 966-2101
chris@strilaw.com
*Attorneys for Defendants*

/s/Philip J. Gibbons, Jr.,
Philip J. Gibbons, Jr., Esq.
N.C. State Bar No. 50276
**Gibbons Leis, PLLC**
15720 Brixham Hill Ave., Ste. 331
Charlotte, North Carolina  28277
Telephone:   (704) 612-0038
phil@gibbonsleis.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing Motion via the Court's CM/ECF electronic filing system, which will send electronic notification to all parties of record in this action.

This is the 6th day of August.

/s Christopher R. Strianese
Christopher R. Strianese