EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
1:18-cv-0001-TDS-LPA

| | |
|---|---|
| CATHERINE SOSTRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CONSENT ORDER APPROVING |
| | ) SETTLEMENT AND |
| JUST LET ME DO IT COMMERCIAL | ) DISMISSING ACTION |
| SERVICES, LLC, CURTIS PYLE, and | ) |
| COLLEEN PYLE, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, upon joint motion by the parties and with the consent of the parties, and it appearing that the parties have entered into a Waiver, Release and Settlement Agreement fully and completely resolving any disputes between them, and it further appearing that;

1. Plaintiff Catherine Sostre filed the instant action against Defendants Just Let Me Do It! Commercial Services LLC, Curtis Pyle, and Colleen Pyle ("Defendants") alleging claims under the Fair Labor Standards Act ("FLSA").

2. In an effort to resolve the claims in this action, the parties represent and stipulate that they engaged in private negotiations through counsel.

3. The parties fully and completely resolved their disputes through said negotiations and memorialized their settlement terms in a Waiver, Release and Settlement Agreement, attached as an Exhibit to the Joint Motion, which is reasonable and appropriate under the circumstances.

4. In light of the above, the parties' settlement as memorialized in the Confidential Waiver, Release and Settlement Agreement resolves this action and all of

10

Plaintiff's claims of any nature.

5. Good cause exists for the entry of an Order approving said Waiver, Release and Settlement Agreement and dismissing the action.

**IT IS THEREFORE ORDERED THAT:**

1. The Waiver, Release and Settlement Agreement is hereby approved.

2. For good cause having been shown, by and with the consent of counsel for the Plaintiff and counsel for the Defendants, this action is hereby dismissed with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

It is so ORDERED this _____ day of _____, 2018.

_____
Honorable Thomas D. Schroeder
United States District Judge